**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST
COMPANY,

        Plaintiff,

   v.

PALAVI ET AL.,

        Defendants.

_____/

No. C 11-06161 CRB

**ORDER REMANDING CASE**

Defendants George and Marie Palavi removed this case from state court on December 7, 2011.  See dkt. 1.  The case was reassigned on February 1, 2012.  See dkt. 11.  On February 7, 2012, Plaintiff Deutsche Bank National Trust Company re-noticed a Motion to Remand initially filed before reassignment.  See dkts. 13, 4.  Upon review of Defendant's Motion and the state court Complaint attached to the Notice of Removal, see dkt. 1 Ex. A, it is apparent to the Court that it does not have jurisdiction over this case.

Federal question jurisdiction exists only when a federal question exists on the face of a well-pleaded complaint.  See Wayne v. DHL Worldwide Express, 294 F.3d 1179, 1183 (9th Cir. 2002).  The state court complaint here involves only a claim of unlawful detainer. See dkt. 1 Ex. A ("COMPLAINT IN UNLAWFUL DETAINER").  Therefore, no federal question is presented.  See Deutsche Bank Nat. Trust Co. v. Ashley, No. 07-cv-1164-BEN,

2007 WL 2317104, at *1 (S.D. Cal. Aug. 8, 2007).  Defendants claim that "Defendants'

answer, a pleading, depend[s] on the determination of Defendants' rights and Plaintiff's

duties under federal law," see dkt. 1 at 3, but that does not give the Court subject matter

jurisdiction, see Alton Box Bd. Co. v. Esprit de Corp., 682 F.2d 1267, 1274 (9th Cir. 1982).

Moreover, based upon the face of the well-pleaded complaint, which alleges that the amount

in controversy does not exceed "$10,000," and indicates that Defendants are what is known

as local defendants (residing in the State in which this action has been brought), see dkt. 1

Ex. A at 2, there is also no diversity jurisdiction, see 28 U.S.C. § 1441(b)(2).

Accordingly, the motion hearing set for March 16 is VACATED, Plaintiff's Motion is

GRANTED,[1] and this case is REMANDED to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: February 8, 2012

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] No fees will be awarded.